IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2007 FEB 28 PM 4 43

DAVID LAMONT BROWN )
Enter the full name of the plaintiff in this action )
)
)       COMPLAINT
v. GREENWOOD Judge TUNSTALL )
MAJOR Phillip C. ANDERSON )
Captain SHARON MIDDLETON )       Civil Action No. 9:07-603-JFA-GCK
Lieutenant Linda Butler )              (to be assigned by Clerk)
Sheriff Chad Cox )
Sheriff Dan Wideman )
Enter above the full name of defendant(s) in this action )

I.  PREVIOUS LAWSUITS

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes ____ No ✓

  B.  If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

    1.  Parties to this previous lawsuit:

        Plaintiff: _____

        Defendant(s): _____

    2.  Court: _____
        (If federal court, name the district; if state, name the county)

    3.  Docket Number: _____

    4.  Name of Judge to whom case was assigned: _____

    5.  Disposition: _____
        (For example, was the case dismissed? Appealed? Pending?)

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

1

II.  PLACE OF PRESENT CONFINEMENT
   A. Name of Prison/Jail/Institution: **Greenwood County Detention Center**
   B. What are the issues that you are attempting to litigate in the above-captioned case? **Civil Law Suit Punitive and Compumitive Danges**
   C. (1) Is there a prisoner grievance procedure in this institution?     Yes **✓**     No ____
      **LT. Butler**
      (2) Did you file a grievance concerning the claims you are raising in this matter? Yes **✓**     No ____
      When **12-07-16**      Grievance Number (if available) ____
   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ____     No **✓**
   E. When was the final agency/departmental/institutional answer or determination received by you? **NONE**

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

   F. If there is no prison grievance procedure in this institution, did you complain to prison, jail, or institutional authorities?     Yes **✓**     No ____
   G. If your answer is YES: **Captain Sharon Middleton, Lieutenant Linda Butler,**
      **Greenwood County Courts**
      **Greenwood Sheriff Office**
      1. What steps did you take? **Major Phillip C. Anderson, Sheriff Dan Wideman,**
      **Greenwood Judge Tunstall**
      2. What was the result? **Nothing**

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

   A. Name of Plaintiff: **David Lamont Brown**     Inmate No.: ____
      Address: **528 Edgefeild St. Greenwood S.C. 29646**

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*
   
   B. Name of Defendant: **Linda Butler, Sharon Middleton, Phillip C. Anderson**     Position: **Lieutenant, Captain, Major**
      Place of Employment: **528 Edgefield St. Greenwood S.C. 29646**

   C. Additional Defendants (provide the same information for each defendant as listed in Item B above): **Greenwood Clerk of Court - Clerk Office and Judge Tunstall**
      **Dan Wideman Sheriff of Greenwood**
      **Chad Cox Sheriff department**
      **Greenwood Judge Tunstall**

2

## IV. STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

David Brow has been incarcerated in Greenwood County Detention Center sence July 27, 2006. On November of 2006 I David Brow was served a affidavit to appear before the Family Court at Greenwood SC. on December 7, 2006 at 9:30 AM by order of the court. Nevertheless tho" on December 7, 2006 David Brown was still incarcerated at Greenwood County Detention Center and was denied to go to my court order to appear before the Family Court on December 7, 2006 by the administration at Greenwood County Detention Center "Major Phillip C. Anderson, Captain Sharon Middleton, Lieutenant Linda Butler, Sheriff of Greenwood Dan Wideman sheriff officer Chad Cox. Later on December 29th 2006 there was a Bench Warrant out for me cause I didn't Appear in Court" as court order by the courts on December 7th 2006. which I was incarcerated in Greenwood County Detention Center and Greenwood County Detention Center administration and Greenwood Sheriff department fail to come get me and take me to Court" as court ordered on December 7, 2006 at 9:30 AM as I was in the Custody of Greenwood

3

IV. STATEMENT OF CLAIM - continued.

Sheriff Department and Greenwood County Detention Center. I have wrote the Greenwood Clerk of Court for a appeal on my sentencing - No one wrote me back. I wrote Ingram Moon "Clerk of Court" she refuse to write me back. I wrote Judge Tunstall concerning this matter" Judge Tunstall "Refused to lift this Bench Warrant" Please could the United States District Court help me lift this Bench warrant" that's on David Lamont Brown for no wrong doing of his self but of the administration of Greenwood County Detention Center and Greenwood Sheriff Office. Because of this Bench warrant I was sentence to 6 months day for day" No work credits, No good time, and kept away from my kids, Family, Love ones, longger and harrish sentencing all cause of a Bench warrant that's not my Fault and beyond my control cause I was in the custody of higher athorities that broke a Court order against my will and the Court of Greenwood. Charges of: ① Violating my right to a Fair Court hearing ② Not treating me Fairly or Equally ③ Failure to ply with Court orders ④ Violation of S.C. Code Ann 24-5-10, See Cromer v. Brown, 88 F.3d 1315 (4th Cir. 1996) Cone v. Nettles, 308 S.C. 109, 417 S.E. 2d 523 (1992)

4

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

Sheriff Dan Wideman Pumitive damages of $1,000,000,000
Cum Pumitive damages of $1,000,000,000

Greenwood Judge Tunstall Pumitive damages of $1,000,000,000
Cumpumitive damages of $1,000,000,000

Sheriff Officer Chad Cox Pumitive damages of $1,000,000,000
Cumpumitive damages of $1,000,000,000

Major Phillip C. Anderson Pumitive damages $1,000,000,000
Cumpumitive damages $1,000,000,000

Captain Sharon Middleton Pumitive damages $1,000,000,000
Cumpumitive damages $1,000,000,000

Lieutenant Linda Butler Pumitive damages $1,000,000,000
Cumpumitive damages $1,000,000,000

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26 day of FEBRUARY, 20 07.

*Mr David L. Brown*
Signature of Plaintiff

5